944

No. 31, Misc. BRAMBLE *v.* HEINZE, WARDEN, ET AL., *ante,* p. 899. Rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

JANUARY 10, 1956.

No. 242. INTER-STATE NATIONAL BANK OF KANSAS CITY ET AL. *v.* LUTHER, TRUSTEE. Certiorari, 350 U. S. 810, to the United States Court of Appeals for the Tenth Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Frank H. Terrell* for petitioners. *John F. Eberhardt* for respondent.

JANUARY 16, 1956.

No. 504. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* PALMER. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Hoiness* v. *United States,* 335 U. S. 297; *United States* v. *Ellicott,* 223 U. S. 524. *Harold R. Scoville* for petitioner. *James R. Moore* for respondent.

No. 525. BAUDHUIN *v.* WISCONSIN EX REL. MATTISON. Appeal from the Supreme Court of Wisconsin. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Lawrence G. Wickert* and *Harold H. Fuhrman* for appellant. *Walter H. Bender* for appellee.